UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONSTANCE SARIESE CANTRELL,**

   Plaintiff,

v.     No. 4:22-cv-0229-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 16. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. This Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **REMANDED** to the Social Security Administration for further proceedings.

**SO ORDERED** on this **20th day of March 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE